IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

HERMAN HARRIS, )
    Plaintiff )
)
VS. ) Case No. 6:23-cv-3354
)
WAL-MART STORES EAST, LP )
    Defendant ) JURY TRIAL DEMANDED

## COMPLAINT

PLAINTIFF, by counsel, sets forth his Complaint against Defendant as follows:

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act.

2. The events giving rise to this action occurred in Greene County, Missouri, which is within the Western District of Missouri.

3. Defendant operates a chain of retail stores under the name "Walmart".

4. Plaintiff was an employee of Defendant at its location at 1923 E. Kearney St., Springfield, MO in March 2023.

5. Plaintiff is African-American.

6. Plaintiff has disabilities, including schizophrenia, bipolar disorder, PTSD and ADHD.

7. Plaintiff takes medications to control the above disabilities.

8. Defendant hired Plaintiff on or about March 1, 2023 as a stocker.

9. At the time of Plaintiff's hire, Defendant was aware of Plaintiff's race and disabilities.

10. Plaintiff was able to perform the essential job duties of a stocker without accommodation.

11. On or about March 5, 2023 Plaintiff was sitting in his car in Defendant's parking lot wearing his vest and ID badge identifying himself as an employee of Defendant.

12. At that time a security guard, acting on behalf of Walmart, approached Plaintiff's car and struck the top of Plaintiff's car.

13. The security guard had no reason to suspect Plaintiff of any wrongdoing at the time.

14. Plaintiff showed the security guard Plaintiff's nametag and identified himself as an employee of Defendant.

15. The security guard accused Plaintiff of being a "gangster" and threatened to call the police on Plaintiff.

16. Plaintiff had done nothing to give the security guard suspicion that Plaintiff was engaged in lawbreaking or wrongdoing.

17. The security guard made Plaintiff fearful of his safety.

18. Plaintiff reported the security guard's actions to his supervisor.

19. Plaintiff's supervisor then ordered Plaintiff to leave Defendant's property.

20. Defendant then terminated Plaintiff's employment effective March 7, 2023.

21. Defendant further banned Plaintiff from Defendant's premises.

22. Defendant had no legitimate reason to believe there was a justification to ban Plaintiff from Defendant's premises.

23. Defendant terminated Plaintiff's employment and banned Plaintiff because of Plaintiff's race.

24. Defendant terminated Plaintiff's employment and banned Plaintiff because of Plaintiff's disabilities.

25. As a result of Defendant's actions Plaintiff has been damaged.

26. Defendant's actions were willful and motivated by malice or reckless indifference to Plaintiff and with the knowledge or purpose of causing harm to Plaintiff.

27. On or about March 24, 2023 Plaintiff filed a charge of discrimination with the Missouri Commission on Human Rights and EEOC. A true and accurate copy is attached hereto as Exhibit 1 and incorporated herein by reference.

28. On October 2, 2023 the EEOC issued Plaintiff a Notice of Right to Sue. A true and accurate copy is attached hereto as Exhibit 2 and incorporated herein by reference.

29. Plaintiff demands a trial by jury on all matters so triable.

WHEREFORE Plaintiff prays the Court for judgment against Defendant for Plaintiff's damages, costs, attorney fees, and such other and further relief as is just and lawful.

                        LAMPERT LAW OFFICE, LLC

                        By:/s/ Raymond Lampert
                        Raymond Lampert, #57567
                        2847 S. Ingram Mill Rd., Ste A-100
                        Springfield, MO 65804
                        Phone: (417) 886-3330
                        Fax: (417) 886-8186
                        ray@lampertlaw.net
                        *Attorney for Plaintiff*