# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| HERMAN HARRIS, | ) |
| Plaintiff, | ) CASE NO. 23-CV-03354-S-LMC |
| vs. | ) |
| WAL-MART STORES EAST, LP, | ) |
| Defendants. | ) |

## CLERK'S ORDER OF DISMISSAL

On February 29, 2024, Plaintiff filed a Joint Stipulation of Dismissal with Prejudice (doc. #16) in compliance with Rule 41(a)(1)(A)(ii), requesting dismissal with prejudice of the above captioned case. Therefore, it is

ORDERED that this case is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

AT THE DIRECTION OF THE COURT
PAIGE WYMORE-WYNN,
Court Executive

By: ___/s/ Traci Chorny_____
      Deputy Clerk

Date: February 29, 2024